UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2026

NINA DARIO,

Plaintiff,

-against-

QATAR AIRWAYS, Q.C.S.C,

Defendants.

1:26-cv-02967 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

This case was removed from the Supreme Court of the State of New York, New York County, to this Court on April 10, 2026.  [ECF No. 1].  In its Notice of Removal, Defendant avers that "[a] copy of this Notice of Removal will be filed with the Clerk's Office of the State Court of New York County and will be served upon Plaintiff pursuant to 28 U.S.C. § 1446."  However, as of this date, Defendant has not filed proof of service of its Notice of Removal on Plaintiff and Plaintiff has not appeared in this case.

Accordingly, IT IS HEREBY ORDERED that, on or before April 27, 2026, Defendant shall file proof of service of its Notice of Removal on Plaintiff.

**Defendant is on notice that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

**Date:  April 23, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**